1

2

3

4

5

6

7

8                      **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KEVIN JOHN LEE,                          ) Case No.: 1:11-CV-01174 JLT
                                              )
12                      Plaintiff,            ) ORDER GRANTING EXTENSION OF TIME
                                              )
13          v.                                )
                                              ) (Doc. 13)
14                                            )
     COMMISSIONER OF SOCIAL SECURITY,         )
15                                            )
                                              )
16                      Defendant.            )
     _____ )
17

18         Parties have stipulated by counsel to extend the period of time for Defendant to a responsive

19   brief. (Doc. 13).  The Scheduling Order allows a single thirty-day extension by the stipulation of

20   parties.  (Doc. 4-1 at 4).  Here, Defendant's counsel seeks an extension of fourteen days because

21   Defendant "has been communicating with the Appeals Council regarding matters raised in the letter

22   brief." (Doc. 13 at 1).  Accordingly, Defendant shall serve Plaintiff with a responsive brief on or

23   before **February 24, 2012**.

24

25   IT IS SO ORDERED.

26   Dated:  **February 13, 2012**                              **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
27

28

                                                   1