1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

9

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN JOHN LEE,               )   Case No.: 1:11-cv-01174 JLT

12            Plaintiff,          )   ORDER REMANDING THE MATTER
                                            )   PURSUANT TO SENTENCE FOUR OF 42

13        v.                    )   U.S.C. § 405(g)
                                            )

14    COMMISSIONER OF SOCIAL SECURITY,   )   ORDER DIRECTING ENTRY OF JUDGMENT
                                            )   IN FAVOR OF PLAINTIFF KEVIN LEE AND

15            Defendant.         )   AGAINST DEFENDANT, COMMISSIONER
                                            )   OF SOCIAL SECURITY

16    _____ )

17        Kevin Lee ("Plaintiff") sought review of the administrative decision denying Social Security

18   benefits.  On February 23, 2012, the parties stipulated to a voluntary remand of Plaintiff's social

19   security appeal for further administrative proceedings.  (Doc. 15).  Specifically, the parties stipulated

20   as follows:

21        Upon remand, the Office of Disability Adjudication and Review will remand the case to
         an Administrative Law Judge (ALJ) and direct him to offer the claimant an opportunity

22        for a hearing and obtain vocational evidence as to the extent of the reduction in the
         occupational base due to the claimant's non-exertional limitations.

23

24   (Doc. 15 at 1).  Further, the parties noted, "This stipulation constitutes a remand under the fourth

25   sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)." *Id.*

26        Based upon the foregoing, **IT IS HEREBY ORDERED**:

27        1.       The matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g); and

28

2.      The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Kevin Lee

and against Defendant, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **February 24, 2012**                              **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE