IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHN LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:11-cv-01174 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF KEVIN LEE AND AGAINST DEFENDANT, COMMISSIONER OF SOCIAL SECURITY |

Kevin Lee ("Plaintiff") sought review of the administrative decision denying Social Security benefits. On February 23, 2012, the parties stipulated to a voluntary remand of Plaintiff's social security appeal for further administrative proceedings. (Doc. 15). Specifically, the parties stipulated as follows:

> Upon remand, the Office of Disability Adjudication and Review will remand the case to an Administrative Law Judge (ALJ) and direct him to offer the claimant an opportunity for a hearing and obtain vocational evidence as to the extent of the reduction in the occupational base due to the claimant's non-exertional limitations.

(Doc. 15 at 1). Further, the parties noted, "This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)." *Id.*

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g); and

2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Kevin Lee and against Defendant, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **February 24, 2012**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE